# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**DEWITT L DAILEY, JR,**

    *Plaintiff,*

v.     **CASE NO. 1:16-cv-00211-MP-GRJ**

**ALACHUA COUNTY JAIL,**

    *Defendant.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 22, 2016. ECF No. 14. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF No. 18.  I have made a *de novo* review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted, with one note. In the Report and Recommendation, the Magistrate Judge states that Plaintiff's Amended Complaint, ECF No. 12, is deficient because Plaintiff failed to execute the signature page. In his objections, Plaintiff notes that his amended complaint included the signature

page. Curiously, the docket shows that Plaintiff's amended complaint was filed as two separate docket entries. His complaint on ECF No. 12 abruptly ends with a page labeled "statement of facts: attachment page #2," and ECF No. 13 begins with a letter, followed by "statement of facts: attachment page #3." The last page of ECF No. 13 includes the missing executed signature page. Therefore, the Court finds that Plaintiff's amended complaint is not deficient and should therefore not be stricken.

However, the Court does find that the Magistrate Judge correctly concluded that Plaintiff's failure to properly disclose his prior litigation history. Accordingly, the Magistrate Judge's Report and Recommendation is adopted. With respect to Plaintiff's outstanding motion, ECF No. 15, the Court finds that the motion fails to present arguments warranting relief.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for abuse of the judicial process.

3. Plaintiff's Motion to Compel Copies, ECF No. 15, is **DENIED**.

4. The clerk is directed to close the file.

**SO ORDERED on October 14, 2016.**

                              s/Mark E. Walker          
                              **United States District Judge**